```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
USMAN QAZI,                                     :

                                                :       ORDER
                        Plaintiff,
                                                :       20 Civ. 11092 (GWG)
        -v.-

                                                :
MAZS MART CORP., et al.,
                                                :

                        Defendants.             :
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     By June 17, 2021, counsel for plaintiff is directed to file a letter on ECF that attaches a copy of the retainer agreement.

     SO ORDERED.

Dated: June 15, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge